UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENDA C. ARMSTEAD,

                Plaintiff,

-against-

DEREK CHAUVIN; KIM POTTER,

                Defendants.

1:22-CV-1493 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    On November 8, 2017, Plaintiff was barred from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Armstead v. Crist*, ECF 1:17-CV-7537, 4 (S.D.N.Y. Nov. 8, 2017). Plaintiff files this new *pro se* action, has not paid the fees to bring this action, and has not sought leave to file from the court. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the court's November 8, 2017 order in *Armstead*, ECF 1:17-CV-7537, 4.

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

    The Court directs the Clerk of Court to mail a copy of this order and note service on the docket.

SO ORDERED.

Dated:   March 9, 2022
            New York, New York

                                                /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                 Chief United States District Judge