UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRENDA C. ARMSTEAD,<br><br>                      Plaintiff,<br><br>-against-<br><br>DEREK CHAUVIN; KIM POTTER,<br><br>                      Defendants. | 1:22-CV-1493 (LTS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued March 9, 2022, dismissing this action without prejudice,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the November 8, 2017 order in *Armstead v. Crist*, ECF 1:17-CV-7537, 4 (S.D.N.Y. Nov. 8, 2017), this action is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 9, 2022
            New York, New York

                                              /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge